IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 3 1 2011
MAR 31 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 09 cv 2816 |
| John W. Duever, Rachel L. Duever | |
| Lisle Savings Bank, | ) Judge Norgle |
| and Illinois Department of | ) Magistrate Judge Cole |
| Revenue. | ) |
| Defendants. | ) |

### Defendant's Motion for Judgment by Default

The defendant, (John W. and Rachel L. Duever shall be known as defendant in this motion.) requests, pursuant to Rule 55 of Federal Rules of Civil Procedure, that this Court enter default against plaintiff, the United States of America. The basis for this request is set forth in the attached statement.

Wherefore, the defendant requests that this Court enter a judgment of default against plaintiff and grant relief to defendant.

Respectfully Submitted,

John W. and Rachel L. Duever

*[signatures: John W. Duever, Rachel L. Duever]*

Defendant's Statement Supporting Motion for Default Judgment

Defendant received the "United States Amended Complaint" on 04/17/10 and sent his answer to plaintiff on 04/30/10.

Pursuant to Federal Rules of Civil Procedure *12 (a) When Presented.*

*...The United States or an officer or agency thereof shall serve an answer to the complaint or to a cross-claim, or a reply to a counterclaim, within 60 days after the service upon the United States attorney of the pleading...*

To date plaintiff has not replied to defendant's answer.

*Pursuant to (F.R.C.P) Rule 8 General Rules of Pleading*

**(b) Defenses; Form of Denials.** *A party shall state in short and plain terms the party's defenses <u>to each claim asserted</u> and shall admit or deny the averments upon which the adverse party relies.* (emphasis added)

Plaintiff has not denied any claims asserted by defendant.

**(d) Effect of Failure to Deny.** *Averments in a pleading to which a responsive pleading is required... are admitted when not denied in the responsive pleading.*

Plaintiff has not replied to defendant's answer, therefore the averments in defendant's answer must be deemed to be true.

*Pursuant to Local Rule 41.1 Dismissal for Want of Prosecution or By Default*

*Cases which have been inactive for more than six months may be dismissed for want of prosecution.*

Plaintiff has not been active, in this case, since 04/17/10.

Pursuant to *(F.R.C.P.) Rule 55. Default*

*(a) Entry.* When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

*(b) Judgment.* Judgment by default may be entered as follows;

*(2) By the Court.* In all other cases the party entitled to a judgment by default shall apply to the Court therefor; ....

To date, plaintiff has not replied to defendant's answer, therefore; defendant requests the Court to enter a default judgment against plaintiff and grant relief to defendant.

Defendant asks the Court to invalidate the I.R.S. assessments and liens levied against defendant, and not allow a sale of defendant's home.

Defendant would also ask for any and all other relief that this Court would deem just and proper.

*Rule 56. Summary Judgment*

*(b) For Defending Party.* A party against whom a claim, counterclaim, or cross-claim is asserted or a declaratory judgment is sought may, at any time, move with or without supporting affidavits for a summary judgment in the party's favor as to all or any part thereof.

Defendant asks the Court to dismiss this case and grant just and proper relief to defendant.

Respectfully Submitted,

John W. and Rachel L. Duever

*John W. Duever   Rachel L. Duever*

6102 Lee Avenue, Downers Grove, IL. 60516

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Motion has been sent via U.S. mail on 03/28/11 to:

Raagnee Beri

Civil Trial Section, Northern Region

P.O. Box 55

Ben Franklin Station

Washington D.C. 20044

                                    John W. and Rachel L. Duever 3/28/11

                                    */s/ John W Duever   Rachel L Duever*

                                    6102 Lee Avenue

                                    Downers Grove IL.

                                    60516

                                    Telephone 630 968 2034